IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHELLE A. BARTO, | 3:10-CV-06364-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

BROWN, Judge.

Based on the Court's Opinion and Order (#19) issued November 21, 2011, the Court hereby **REMANDS** this matter to the Commissioner for further administrative proceedings.

DATED this 22nd day of November, 2011.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND